**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

THEOTIS THORNTON, ADC #144954          *
                                       *
              Petitioner,              *
                                       *
v.                                     *
                                       *          No. 5:14CV00241-JJV
                                       *
RAY HOBBS, Director,                   *
Arkansas Department of Correction,     *
                                       *
              Respondent.

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 6th day of January, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE